UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Action No.  12-cr-00113-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  VICTOR LOPEZ LUNA,

    Defendant.

---

**PROTECTIVE ORDER FOR JENCKS ACT, RULE 26.2, RULE 49.1,
AND RULE 16 MATERIALS AS TO DEFENDANT VICTOR LOPEZ LUNA**

---

THIS MATTER is before the Court on the Government's Motion for Protective Order for Jencks Act, Rule 26.2, Rule 49.1, and Rule 16 Materials.  The Government's motion seeks an order as to the above named defendant, Victor Lopez Luna, enlarging the application of the Protective Order Regarding Jencks Act Material, Rule 26.2 and Rule 16 Material (ECF No. 100) previously entered in this case in order to apply it with respect to defendant Victor Lopez Luna.

The Court is familiar with the file in this case and takes judicial notice of the contents of the court's own file.  The Government's motion advises the Court that after discussion with counsel for Defendant Victor Lopez Luna, the Government is of the understanding that the Defendant does not object to being subject to the terms and conditions of the Protective Order (ECF No. 100) already entered in this case.

Being sufficiently informed of the premises in this matter, it is hereby

ORDERED that the Government's Motion for Protective Order for Jencks Act, Rule 26.2, Rule 49.1, and Rule 16 Materials [ECF No. 553] filed January 21, 2014, is **GRANTED**.  It is

FURTHER ORDERED that the Court hereby orders and directs the parties to proceed according to the terms and conditions of the Protective Order [ECF No. 100] going forward with respect to Defendant Victor Lopez Luna.

Dated:  January 22, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE