**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | January 6, 2015 | Probation: | Kyla Hamilton |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Susana Cahill |
| E.C.R./Reporter: | Tracy Weir | | |

Criminal Case No:   **12-cr-00113-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Guy Till

      Plaintiff,

v.

**7.  VICTOR LOPEZ LUNA**,                    Erik K. Klein

      Defendant.

**SENTENCING**

**3:25 p.m.**      Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Tuesday, September 3, 2014, at 2:00 p.m.
> Plea of Guilty - counts one and two of Information.**

      APPEARANCES OF COUNSEL.

      Interpreter sworn (Spanish).

      Court's opening remarks.

3:27 p.m.      Statement on behalf of Government (Mr. Till).

3:27 p.m.      Statement on behalf of Defendant (Mr. Klein).

3:28 p.m.      Statement on behalf of Government (Mr. Till).

| | |
|---|---|
| 3:40 p.m. | Statement on behalf of Defendant (Mr. Klein). |
| 3:45 p.m. | Statement on behalf of Government (Mr. Till). |
| 3:45 p.m. | Statement on behalf of Defendant (Mr. Klein). |
| 3:48 p.m. | Statement on behalf of Government (Mr. Till). |
| 3:50 p.m. | Statement on behalf of Defendant (Mr. Klein). |
| 3:53 p.m. | Statement on behalf of Probation (Ms. Hamilton). |
| 3:55 p.m. | Statement on behalf of Defendant (Mr. Klein). |
| 3:56 p.m. | Statement on behalf of Government (Mr. Till). |
| 4:00 p.m. | Statement by Defendant on his own behalf (Mr. Luna). |

Court **RATIFIES** and **ACCEPTS** pleas of guilty pursuant to F.R.Cr.P. 11(c)(1)(C).

Court makes findings.

**ORDERED:** Court will grant the third point for acceptance of responsibility.

**ORDERED:** Government's Motion for a Variant Sentence [ECF Doc. No. 627], filed December 30, 2014, is **DENIED AS MOOT.**

**ORDERED:** Defendant's Motion for Non-Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) [ECF Doc. No. 624], filed December 23, 2014, is **DENIED AS MOOT.**

**ORDERED:** Defendant be **imprisoned** for **60** months on each count, to be served concurrently.

**The Court recommends that the Bureau of Prisons designate the Arizona Department of Corrections to be the place of service of this sentence, thereby making this sentence concurrent with the defendant's imprisonment pursuant to the judgment in Arizona's Maricopa County Superior Court, Case Number CR2007-137102-001.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   If this sentence imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet set forth in the judgment.

(X)   The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because it is likely that the defendant will be deported.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

1.   If the defendant is deported, he shall not thereafter re-enter the United States illegally.  If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**   Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government shall file a motion to dismiss underlying charges as soon as possible.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**4:15 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :50**